[Nos. 16497-7-III; 17281-3-III.   Division Three.   June 8, 1999.]

*In the Matter of the Marriage of* GREGORY BAILEY, ET AL., *Appellants*, and LAURA BAILEY, *Respondent*.

Appeals from judgments of the Superior Court for Chelan County, No. 96-3-00100-5, Ted W. Small, J., and Bart Vandergrift, J. Pro Tem., entered February 25 and December 29, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.


[No. 17487-5-III.     Division Three.   June 8, 1999.]

CLE ELUM BOWL, INC., ET AL., *Appellants*, v. NORTH PACIFIC INSURANCE CO., INC., *Respondent, Robert T. Lanphere, Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 97-2-00330-2, Michael E. Cooper, J., entered April 27, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ. Now published at 96 Wn. App. 698.


[No. 17080-2-III.     Division Three.   June 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD JAMES VAUGHN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01343-8, Robert D. Austin, J., entered November 17, 1997. *Reversed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.